# EXHIBIT 2

 **Meghan Fenzel <mfenzel@jassyvick.com>**

## FW: Yuga Labs v. Ripps & Cahen - Strange Brew Strategies, LLC Subpoena

**Nikogosyan, Henry** <Henry.Nikogosyan@wilmerhale.com>                                              Wed, Dec 28, 2022 at 4:07 PM
To: Meghan Fenzel <mfenzel@jassyvick.com>
Cc: "Tompros, Louis W." <Louis.Tompros@wilmerhale.com>, "Gosma, Derek" <Derek.Gosma@wilmerhale.com>

Meghan,

Please see the attached counterclaims.  We believe they will inform the scope of production for Strange Brew Strategy's subpoena.

Kind regards,

Henry

**From:** Meghan Fenzel <mfenzel@jassyvick.com>
**Sent:** Wednesday, December 21, 2022 3:46 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Subject:** Re: Yuga Labs v. Ripps & Cahen - Strange Brew Strategies, LLC Subpoena

EXTERNAL SENDER

Henry,

Nice to see your name again, and hope you've been well!

Thank you for confirming the January 13 deadline for responses and objections.

Happy holidays to you too,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com

On Wed, Dec 21, 2022 at 2:49 PM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Meghan,
>
> We agree to extend the response deadlines to January 13.
>
> Happy holidays,
>
> Henry
>
> ---
>
> **From:** Meghan Fenzel <mfenzel@jassyvick.com>
> **Sent:** Wednesday, December 21, 2022 2:20 PM
> **To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
> **Cc:** Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
> **Subject:** Re: Yuga Labs v. Ripps & Cahen - Strange Brew Strategies, LLC Subpoena

**EXTERNAL SENDER**

Louis and team (dropping Crista),

We've just come onboard as counsel for third party Strange Brew Strategies in response to the subpoenas served on December 12 in the *Yuga Labs v. Ripps* trademark infringement litigation. We saw (and appreciated) your email to corporate counsel confirming your flexibility regarding the dates.

In light of the holidays, can we agree to January 13 for responses and objections to both subpoenas?

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com

On Wed, Dec 21, 2022 at 8:30 AM Crista Morrow <cmorrow@scheuringlaw.com> wrote:

> Louis,

I'm cc'ing Meghan Fenzel on this email. She'll be representing Strange Brew in this matter and future correspondence should be directed to her.

Best,
Crista

*******************************

Crista Morrow

Scheuring, LLP

1945 Francisco Blvd East, #32 | San Rafael, CA 94901

(Office Phone): (415) 494-7684

(Cell Phone): (415) 747-9676

(Fax): (866) 702-2317
Email: cmorrow@scheuringlaw.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

On Wed, Dec 21, 2022 at 6:23 AM Tompros, Louis W. <Louis.Tompros@wilmerhale.com> wrote:

> Crista,
>
> To follow up, we would be OK with an extension to January 6th for the document production portion of the subpoena, and to January 25th for the deposition.  Let us know if that works.
>
> Thanks,
>
> --Louis

**From:** Tompros, Louis W.
**Sent:** Thursday, December 15, 2022 3:57 PM
**To:** Crista Morrow <cmorrow@scheuringlaw.com>
**Subject:** RE: Yuga Labs v. Ripps & Cahen - Strange Brew Strategies, LLC Subpoena

Christa,

Good to meet you. Let us get back to you next week -- we are trying to coordinate scheduling issues with the plaintiff and will hopefully know soon what kind of extension will work.

Thanks,

--Louis

**From:** Crista Morrow <cmorrow@scheuringlaw.com>
**Sent:** Wednesday, December 14, 2022 3:41 PM
**To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>
**Subject:** Yuga Labs v. Ripps & Cahen - Strange Brew Strategies, LLC Subpoena

**EXTERNAL SENDER**

Mr. Tomrpos,

My name is Crista Morrow and I represent Strange Brew Strategies, LLC with respect to its business interests. We received your subpoenas of documents and deposition testimony in the above-referenced matter. My client is working to obtain appropriate counsel for this matter and kindly requests an extension (because of its counsel search as well as the holidays) until at least mid to late January.

Can you please confirm the grant of an extension of time until SBS obtains appropriate counsel and counsel reaches out to you to schedule the production and deposition?

https://mail.google.com/mail/u/0/?ik=9b880aba24&view=pt&search=all&permmsgid=msg-f%3A1753504794595371496&dsqt=1&simpl=msg-f%3A1753504794595371496    5/6

If you have any questions, please don't hesitate to reach out.

Best,

Crista Morrow

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Crista Morrow

Scheuring, LLP

1945 Francisco Blvd East, #32 | San Rafael, CA 94901

(Office Phone): (415) 494-7684

(Cell Phone): (415) 747-9676

(Fax): (866) 702-2317
Email: cmorrow@scheuringlaw.com

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.


Dkt. No. 65.pdf
1168K