# EXHIBIT 4

# JASSY VICK CAROLAN

## LOS ANGELES    SAN FRANCISCO

355 South Grand Avenue, Suite 2450 | Los Angeles, CA 90071 | T 310.870.7048 | F 310.870.7010 | JASSYVICK.COM

Meghan E. Fenzel
mfenzel@jassyvick.com

January 13, 2023

**<u>VIA EMAIL</u>**

Louis W. Tompros
Monica Grewal
Scott W. Bertulli
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
louis.tompros@wilmerhale.com
monica.grewal@wilmerhale.com
scott.bertulli@wilmerhale.com

Derek Gosma
Henry Nikogosyan
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
derek.gosma@wilmerhale.com
henry.nikogosyan@wilmerhale.com

Re:   SBS Non-Party Subpoenas in *Yuga Labs Inc. v. Ryder Ripps et al.*, Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal.)

Dear Counsel:

I'm writing in response to Defendants Ryder Ripps and Jeremy Cahen's two subpoenas served on our client, nonparty Strange Brew Strategies. We've attached SBS's objections and responses to the document subpoena to this same email and address concerns related to both subpoenas in this letter.

As an initial matter, and as reflected in the attached objection and responses, Strange Brew Strategies is not a party to this lawsuit and has little relevant information to offer that the Parties cannot seek from each other. SBS is a public relations firm that works with its clients, including Yuga Labs, to promote their work in the press and media. In case there is any confusion, SBS does not and has not contributed trademark or design work for Yuga Labs.

January 13, 2023
Page 2

The majority of Ripps and Cahen's requests to SBS explicitly seek information in Yuga Labs' possession, custody, or control. *See* Requests Nos. 1, 2, 5, 7, 10, 11, 12, 13. SBS understands from the case docket that there are ongoing discovery disputes and forthcoming dispositive motions regarding the same categories of information Ripps and Cahen request now from SBS. *See* Dkts. 69-1, 78, 80, 81. As a nonparty, SBS defers to the Court and the Parties to resolve these disputes. In the meantime, SBS will provide discovery of relevant, non-privileged documents and communications, if any, related to Ripps and Cahen and shared with third parties and not already in the possession, custody, or control of one or more of the Parties.

SBS will comply with its legal obligations but objects to the undue burden Defendants have placed on a nonparty. SBS is a 30-person public relations firm with no in-house counsel and minimal experience with litigation discovery. Addressing multiple subpoenas has been a distraction and burden on its small team.

While SBS is actively collecting documents, it is unlikely that any production will be possible before Defendants' noticed January 25, 2023 deposition date. Nor is the SBS representative available to testify on that date. We therefore propose coordinating with all Parties' counsel on rescheduling. From the Court's scheduling order, we understand discovery is open through April 3, 2023. *See* Dkt. 57. SBS has immovable conflicts the week of February 20, 2023.

We trust that we can constructively engage and avoid further unreasonable burdens on a nonparty. We reserve all rights to seek appropriate relief from the Court, including costs and fees.

Very truly yours,

Meghan E. Fenzel

Enclosure: Non-Party Strange Brew Strategies' Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

CC: Eric Ball
Kimberly Culp
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
eball@fenwick.com
kculp@fenwick.com

Anthony Fares
Ethan Thomas
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
afares@fenwick.com
ethomas@fenwick.com