# EXHIBIT 6



Meghan Fenzel <mfenzel@jassyvick.com>

## Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections

**Nikogosyan, Henry** <Henry.Nikogosyan@wilmerhale.com>  Fri, Jan 20, 2023 at 11:12 AM
To: Meghan Fenzel <mfenzel@jassyvick.com>
Cc: Eric Ball <eball@fenwick.com>, Kevin Vick <kvick@jassyvick.com>, WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>, "afares@fenwick.com" <afares@fenwick.com>, "ethomas@fenwick.com" <ethomas@fenwick.com>, "kculp@fenwick.com" <kculp@fenwick.com>

Thank you Meghan.

Best,

Henry

**From:** Meghan Fenzel <mfenzel@jassyvick.com>
**Sent:** Friday, January 20, 2023 11:05 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Eric Ball <eball@fenwick.com>; Kevin Vick <kvick@jassyvick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; afares@fenwick.com; ethomas@fenwick.com; kculp@fenwick.com
**Subject:** Re: Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections

**EXTERNAL SENDER**

Hi Henry,

Thank you for the constructive meet and confer today. SBS will plan to produce documents as discussed by the end of February, and the SBS deposition has been taken off calendar.

Thank you,

Meghan Fenzel

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850  | San Francisco, CA 94111

jassyvick.com

On Fri, Jan 20, 2023 at 9:49 AM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Meghan,
>
> I recently circulated an invite, though I'm not sure who plans to attend.
>
> Kind regards,
>
> Henry
>
> ---
>
> **From:** Meghan Fenzel <mfenzel@jassyvick.com>
> **Sent:** Friday, January 20, 2023 9:44 AM
> **To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
> **Cc:** Eric Ball <eball@fenwick.com>; Kevin Vick <kvick@jassyvick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; afares@fenwick.com; ethomas@fenwick.com; kculp@fenwick.com
> **Subject:** Re: Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections
>
> **EXTERNAL SENDER**

Hi Henry,

Since you requested the call, can you please circulate a dial-in for 10:00?

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850  | San Francisco, CA 94111
jassyvick.com

On Wed, Jan 18, 2023 at 10:53 AM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Friday at 10:00 am works.  Thank you.
>
> **From:** Meghan Fenzel <mfenzel@jassyvick.com>
> **Sent:** Wednesday, January 18, 2023 10:15 AM
> **To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
> **Cc:** Kevin Vick <kvick@jassyvick.com>; Eric Ball <eball@fenwick.com>; kculp@fenwick.com; afares@fenwick.com; ethomas@fenwick.com; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
> **Subject:** Re: Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections

EXTERNAL SENDER

We are available for a call sometime Friday 9:00 AM - 12:00 PM or 1:00 PM - 4:00 PM PT.

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com

On Wed, Jan 18, 2023 at 8:28 AM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Thank you, Meghan. The Magistrate Judge's order applied to a limited set of specific document requests and did not stay discovery more broadly. We should still schedule a meet-and-confer this week.
>
> Best,
>
> Henry
>
> **From:** Meghan Fenzel <mfenzel@jassyvick.com>
> **Sent:** Tuesday, January 17, 2023 5:46 PM

**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Kevin Vick <kvick@jassyvick.com>; Eric Ball <eball@fenwick.com>; kculp@fenwick.com; afares@fenwick.com; ethomas@fenwick.com; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>
**Subject:** Re: Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections

EXTERNAL SENDER

Hi Henry,

We saw Magistrate Judge McDermott's ruling today that it is "premature" to seek discovery related to the counterclaims "until the District Court rules on the viability of those counterclaims." If this broad principle applies to Plaintiff, it must also apply to a nonparty like SBS.

Since you advised us that the subpoenas to SBS are based on Defendants' counterclaims, we presume these subpoenas to SBS are withdrawn (or at least on hold) until the District Court rules on Plaintiff's motion. Please confirm that is the case and that we no longer need to schedule a meet and confer call this week.

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850  | San Francisco, CA 94111
jassyvick.com

On Fri, Jan 13, 2023 at 5:58 PM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Meghan,
>
> Can you please provide your availability for a phone call so that we can discuss an expected date for production as well as the scope of documents that SBS is planning to produce?
>
> The main issue we would like to discuss is document requests 3, 4, 6, 8, 9, 11, and 12 because SBS has limited its production to materials it has "shared with third parties," which improperly excludes internal documents that would be responsive to these discovery requests.
>
> Thank you,
>
> Henry
>
> ---
>
> **From:** Meghan Fenzel <mfenzel@jassyvick.com>
> **Sent:** Friday, January 13, 2023 4:30 PM
> **To:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
> **Cc:** Kevin Vick <kvick@jassyvick.com>; Eric Ball <eball@fenwick.com>; kculp@fenwick.com; afares@fenwick.com; ethomas@fenwick.com
> **Subject:** Yuga Labs v. Ripps - SBS Nonparty Subpoena Responses and Objections
>
> **EXTERNAL SENDER**
>
> Counsel,
>
> Please see the attached letter and responses and objections to Ryder Ripps and Jeremy Cahen's subpoenas to nonparty Strange Brew Strategies.
>
> Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com

--

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com