# EXHIBIT 10



Meghan Fenzel <mfenzel@jassyvick.com>

## Yuga v. Ripps - SBS request to meet and confer

**Meghan Fenzel** <mfenzel@jassyvick.com>  Mon, Mar 6, 2023 at 5:44 PM
To: "Nikogosyan, Henry" <Henry.Nikogosyan@wilmerhale.com>
Cc: "Gosma, Derek" <Derek.Gosma@wilmerhale.com>, Kevin Vick <kvick@jassyvick.com>, WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>

Hi Henry,

Thank you for your message and for conferring with us. As we discussed, SBS will move forward with preparing a motion for protective order and motion to quash.

To avoid any misunderstandings, I do need to clarify a few points in your email. SBS did not decide they "would no longer produce documents."  SBS just requested that we await the court's rulings before determining what, if any, production is appropriate. Defendants declined to agree.

SBS is seeking relief from the court because the parties dispute the proper scope of discovery. We understand Defendants' position as you've set forth. Yuga Labs has clarified their position: that discovery is not ongoing on all counterclaims, and that the motion to compel at Dkt. 103 does, in fact, relate to discovery on counterclaims paused by Judge McDermott's order. We did not take the parties' asserting their opposing positions as interference.

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850  | San Francisco, CA 94111
jassyvick.com

JASSY|VICK|CAROLAN

On Fri, Mar 3, 2023 at 7:30 PM Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com> wrote:

> Meghan,
>
> Thank you for conferring with us on March 3, 2023. As we stated during our call, the default rules for discovery in this matter mandate that the parties are to engage in cooperative discovery immediately after a complaint is filed. We previously entered into an agreement with Strange Brew Strategies ("SBS") to extend the production of documents until the end of February based the Court's rules and the ongoing discovery that has occurred regarding Defendants' counterclaims.
>
> During our call, you represented that after reaching an agreement with Defendants, SBS spoke with counsel for Yuga Labs regarding the subpoena and then decided that SBS would no longer produce documents. You stated that this decision was based on a purported discovery dispute between the parties. We noted, however, that there is no discovery dispute regarding counterclaims pending before the Court because Yuga (and Guy Oseary's) counsel **withdrew** their joint-stipulation on the issue and permitted Defendants to take discovery on their counterclaims.
>
> It was our position during the call, and still remains, that Yuga Labs has improperly interfered with third-party discovery by discouraging SBS from complying with its subpoena. SBS did not deny that Yuga had discouraged SBS from producing documents, and the e-mail correspondence between the parties makes clear that they did.
>
> Kind regards,
>
> Henry
>
> ---
>
> **From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
> **Sent:** Thursday, March 2, 2023 4:28 PM
> **To:** Meghan Fenzel <mfenzel@jassyvick.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
> **Cc:** Kevin Vick <kvick@jassyvick.com>; Eric Ball <eball@fenwick.com>; kculp@fenwick.com; afares@fenwick.com; ethomas@fenwick.com
> **Subject:** RE: Yuga v. Ripps - SBS request to meet and confer
>
> Counsel,

Please see the attached.

Kind regards,

Henry

---

**From:** Meghan Fenzel <mfenzel@jassyvick.com>
**Sent:** Wednesday, March 1, 2023 6:19 PM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>; WH Ripps-Yuga Labs Team <WHRipps-YugaLabsTeam@wilmerhale.com>; Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Grewal, Monica <Monica.Grewal@wilmerhale.com>; Bertulli, Scott <Scott.Bertulli@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Cc:** Kevin Vick <kvick@jassyvick.com>; Eric Ball <eball@fenwick.com>; kculp@fenwick.com; afares@fenwick.com; ethomas@fenwick.com
**Subject:** Yuga v. Ripps - SBS request to meet and confer

**EXTERNAL SENDER**

Henry and team,

Please see the attached letter regarding SBS's request to meet and confer regarding Defendants' subpoenas in the *Yuga Labs v. Ripps* matter.

Thank you,

**Meghan Fenzel**

Jassy Vick Carolan LLP | 310-870-7048 | mfenzel@jassyvick.com

355 S. Grand Ave., Suite 2450 | Los Angeles, CA 90071

601 Montgomery Street, Suite 850 | San Francisco, CA 94111
jassyvick.com