KEVIN VICK, Cal Bar No. 220738
   kvick@jassyvick.com
MEGHAN FENZEL, Cal Bar No. 324139
   mfenzel@jassyvick.com
**JASSY VICK CAROLAN LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:   310-870-7048
Facsimile:    310-870-7010

Attorneys for Nonparty Movant
STRANGE BREW STRATEGIES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRANGE BREW STRATEGIES, LLC<br><br>        Movant,<br><br>vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>        Respondent.<br><br>YUGA LABS, Inc.<br><br>        Plaintiff,<br><br>vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>        Defendants. | Case No. 3:23-mc-80072<br><br>**DECLARATION OF JOHN O'BRIEN IN SUPPORT OF STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**<br><br>[Related to Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal. filed June 24, 2022)]<br><br>Date:   TBD<br>Time:   TBD<br>Crtrm:  TBD<br>Judge:  TBD |

1. I, John O'Brien, under penalty of perjury and subject to 28 U.S.C. § 1746, declare as follows:

    1. I am the Chief Executive Officer of Strange Brew Strategies ("SBS"), the moving party in the above-captioned miscellaneous action related to the underlying litigation *Yuga Labs, Inc. v. Ryder Ripps et al.*, No. 2:22-cv-4355-JFW-JEM, a trademark infringement case pending in the United States District Court for the Central District of California related to the Bored Ape Yacht Club NFT collection. I have personal knowledge of the matters set forth in this declaration. I make this declaration in support of SBS's motion to quash subpoena and motion for protective order related to subpoenas served by Defendants Ryder Ripps and Jeremy Cahen.

    2. SBS is a small public relations and communications firm based in San Francisco, California with about thirty employees. We work predominantly with startup, technology, and financial clients.

    3. SBS does not provide design or trademark services. SBS was not involved in the design, branding, or trademark registration of any of the trademarks at issue in Yuga Labs' lawsuit against Ryder Ripps and Jeremy Cahen related to the Bored Ape Yacht Club NFT collection.

    4. SBS started representing Yuga Labs as a client beginning in about March 2022. At the time SBS and Yuga Labs began working together, Yuga Labs had already launched the Bored Ape Yacht Club and attracted significant attention. Over the course of its relationship, SBS provided public relations support to Yuga Labs for Bored Ape Yacht Club and certain of Yuga Labs' other projects. As of January 31, 2023, SBS's contract for Yuga Labs has ended.

    5. As is typical in public relations, SBS focused on getting Yuga Labs positive media coverage for their various projects. This included communicating with journalists on background or off the record, in addition to setting up formal press interviews for Yuga Labs representatives. This also included fielding press inquiries related to Yuga Labs and assisting Yuga Labs in developing communications strategies.

    6. To my understanding, Ryder Ripps and Jeremy Cahen launched the RR/BAYC "project" and their online commentary against Yuga Labs several months before SBS began working with Yuga Labs. Because SBS represented Yuga Labs during the course of this lawsuit,

1  SBS has necessarily fielded inquiries and provided information to journalists related to the lawsuit, Ryder Ripps, and Jeremy Cahen.

7. The SBS staffer who managed the Yuga Labs account and has the most first-hand knowledge about Yuga Labs and the Defendants no longer works at SBS. She left to work in-house for Yuga Labs in September 2022. Defendants are aware of this fact and have been aware since at least January 2023, though I am not sure if Defendants have deposed her.

8. Much of SBS's client file for Yuga Labs consists of emails and Slack messages with representatives from Yuga Labs, so those documents would already be in the possession of Yuga Labs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2023.

                                          Respectfully submitted,

                                          JOHN O'BRIEN

DECLARATION OF JOHN O'BRIEN