UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRANGE BREW STRATEGIES, LLC<br><br>　　　　　　Movant,<br><br>　vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>　　　　　　Respondent. | Case No. 3:23-mc-80072<br><br>**[PROPOSED] ORDER ON STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**<br><br>[Related to Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal. filed June 24, 2022)] |
| YUGA LABS, Inc.<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>　　　　　　Defendants. | |

Upon review of the Motion to Quash and Motion for Protective Order submitted by Nonparty Movant Strange Brew Strategies ("SBS") in relation to the subpoenas from Respondents Ryder Ripps and Jeremy Cahen, Defendants in the underlying action *Yuga Labs, Inc. v. Ryder Ripps et al.*, No. 2:22-cv-4355-JFW-JEM, pending in the United States District Court for the Central District of California, and good cause appearing, the Court hereby issues a protective order:

(1) suspending Ryder Ripps and Jeremy Cahen's deposition subpoena to SBS;

(2) pausing enforcement of Defendants' document subpoena to SBS until the court resolves the scope of discovery on counterclaims; and

(3) if the Central District of California grants Yuga Labs' anti-SLAPP motion striking the counterclaims, an order quashing Defendants' document subpoena.

To the extent the Central District denies Yuga Labs' motion on the counterclaims, the Court hereby orders that the document subpoena shall be modified to limit document requests to SBS to those relevant to Ryder Ripps and Jeremy Cahen's viable claims or defenses, and SBS shall only be obligated to produce documents not otherwise in the possession of the Parties to the underlying action.

DATED: _____

_____
U.S. MAGISTRATE JUDGE

-1-   [PROPOSED] ORDER ON MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER