KEVIN VICK, Cal Bar No. 220738
  kvick@jassyvick.com
MEGHAN FENZEL, Cal Bar No. 324139
  mfenzel@jassyvick.com
**JASSY VICK CAROLAN LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:   310-870-7048
Facsimile:   310-870-7010

Attorneys for Nonparty Movant
STRANGE BREW STRATEGIES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRANGE BREW STRATEGIES, LLC<br><br>            Movant,<br><br>    vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>            Respondent.<br><br>YUGA LABS, Inc.<br><br>            Plaintiff,<br><br>    vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>            Defendants. | Case No. 3:23-mc-80072<br><br>**STRANGE BREW STRATEGIES' PROOF OF SERVICE**<br><br>[Related to Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal. filed June 24, 2022)] |

PROOF OF SERVICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., Suite 2450, Los Angeles, California 90071.

On March 13, 2023, I served true copies of the following document(s) described as:

1. **STRANGE BREW STRATEGIES' NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**

2. **DECLARATION OF MEGHAN FENZEL IN SUPPORT OF STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER; EXHIBIT 1-10**

3. **DECLARATION OF JOHN O'BRIEN IN SUPPORT OF STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

4. **[PROPOSED] ORDER ON STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

on the interested parties in this action as follows:

| | |
|---|---|
| Derek Gosma (derek.gosma@wilmerhale.com)<br>Henry Nikogosyan (henry.nikogosyan@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071 | *Service by Email and Priority U.S. Mail* |
| Louis W. Tompros (louis.tompros@wilmerhale.com)<br>Monica Grewal (monica.grewal@wilmerhale.com)<br>Scott W. Bertulli (scott.bertulli@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP | *Service by Email only* |

☑ **BY ELECTRONIC MAIL (E-MAIL):** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the

☑ **BY PRIORITY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) with the United States Postal Service at Los Angeles, California, for delivery, with the postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party(ies)

PROOF OF SERVICE

served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2023 at Los Angeles, California.

_____
Marlene Rios

- 2 -

PROOF OF SERVICE

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., Suite 2450, Los Angeles, California 90071.

On March 14, 2023, I served true copies of the following document(s) described as:

5. **STRANGE BREW STRATEGIES' NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**

6. **DECLARATION OF MEGHAN FENZEL IN SUPPORT OF STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER; EXHIBIT 1-10**

7. **DECLARATION OF JOHN O'BRIEN IN SUPPORT OF STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

8. **[PROPOSED] ORDER ON STRANGE BREW STRATEGIES' MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

on the interested parties in this action as follows:

Derek Gosma                                                            *Service by Hand Delivery*
Henry Nikogosyan
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071

☑  **BY HAND DELIVERY:** I enclosed said document(s) in an envelope(s) or package(s) and personally delivered by hand to the address above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2023 at Los Angeles, California.

*/s/ Marlene Rios*
Marlene Rios