UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRANGE BREW STRATEGIES LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RYDER RIPPS, et al.,<br><br>　　　　Defendants. | Case No. 23-mc-80072-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

　　　On March 13, 2023, Strange Brew Strategies LLC ("Petitioner") filed a motion to quash subpoena issued by Ryder Ripps and Jeremy Cahen ("Respondents"). (Dkt. No. 1.) Respondents may file an opposition to the motion to quash by no later than April 17, 2023. Petitioner may file a reply, if any, by no later than April 24, 2023. The Court HEREBY ORDERS Petitioner to serve a copy of this Order on Respondents by no later than March 24, 2023 and to file a proof of service by no later than March 28, 2023. The Court will set a hearing, if necessary, at a later date.

　　　**IT IS SO ORDERED**.

Dated: March 15, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge