1  KEVIN VICK, Cal Bar No. 220738
      kvick@jassyvick.com
2  MEGHAN FENZEL, Cal Bar No. 324139
      mfenzel@jassyvick.com
3  **JASSY VICK CAROLAN LLP**
   355 South Grand Avenue, Suite 2450
4  Los Angeles, California 90071
   Telephone:     310-870-7048
5  Facsimile:     310-870-7010

6  Attorneys for Nonparty Movant
   STRANGE BREW STRATEGIES
7

8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

| | |
|---|---|
| STRANGE BREW STRATEGIES, LLC<br><br>　　　　　　Movant,<br><br>　vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>　　　　　　Respondent. | Case No. 3:23-mc-80072<br><br>**STRANGE BREW STRATEGIES'<br>PROOF OF SERVICE**<br><br>[Related to Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal. filed June 24, 2022)] |
| YUGA LABS, Inc.<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>　　　　　　Defendants. | |

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., Suite 2450, Los Angeles, California 90071.

On March 15, 2023, I served true copies of the following document(s) described as:

**ORDER SETTING BRIEFING SCHEDULE RE [1] MOTION TO QUASH SUBPOENA, FILED BY STRANGE BREW STRATEGIES LLC.**

on the interested parties in this action as follows:

| | |
|---|---|
| Derek Gosma (derek.gosma@wilmerhale.com)<br>Henry Nikogosyan (henry.nikogosyan@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 South Grand Ave., Suite 2400<br>Los Angeles, CA 90071 | *Service by Email and U.S. Mail* |
| Louis W. Tompros (louis.tompros@wilmerhale.com)<br>Monica Grewal (monica.grewal@wilmerhale.com)<br>Scott W. Bertulli (scott.bertulli@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP | *Service by Email only* |

☑ **BY ELECTRONIC MAIL (E-MAIL):** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the

☑ **BY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) with the United States Postal Service at Los Angeles, California, for delivery, with the postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party(ies) served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 15, 2023 at Los Angeles, California.

*/s/ Marlene Rios*
Marlene Rios