KEVIN VICK, Cal Bar No. 220738
    kvick@jassyvick.com
MEGHAN FENZEL, Cal Bar No. 324139
    mfenzel@jassyvick.com
**JASSY VICK CAROLAN LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:    310-870-7048
Facsimile:    310-870-7010

Attorneys for Nonparty Movant
STRANGE BREW STRATEGIES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRANGE BREW STRATEGIES, LLC<br><br>      Movant,<br><br>vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>      Respondent.<br><br>YUGA LABS, Inc.<br><br>      Plaintiff,<br><br>vs.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>      Defendants. | Case No. 3:23-mc-80072-SK<br><br>**STRANGE BREW STRATEGIES' NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER AND VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF MISCELLANEOUS CASE**<br><br>[Related to Case No. 2:22-cv-4355-JFW-JEM (C.D. Cal. filed June 24, 2022)] |

TO THE HONORABLE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in light of Ryder Ripps and Jeremy Cahen's April 10, 2023 withdrawal of their subpoenas issued to Strange Brew Strategies, LLC, related to the trademark infringement case *Yuga Labs, Inc. v. Ryder Ripps et al.*, No. 2:22-cv-4355-JFW-JEM, pending in the United States District Court for the Central District of California, nonparty Strange Brew Strategies, LLC now:

1. Withdraws its Motion to Quash Subpoena and Motion for Protective Order, filed on March 13, 2023 at Dkt. 1; and
2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, the above-captioned miscellaneous case.

Respectfully submitted,

DATED:   April 10, 2023           **JASSY VICK CAROLAN LLP**

/s/ Meghan Fenzel
MEGHAN FENZEL
Counsel for Nonparty Movant
STRANGE BREW STRATEGIES